UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>VINCENT J. LOPINOT, *individually and in his official capacity as Associate Judge of the St. Clair County Arbitration Center*,<br><br>        Defendant. | Case No. 09-cv-1009-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: November 4, 2010**

**NANCY ROSENSTENGEL, Clerk**

**s/Brenda K. Lowe, Deputy Clerk**

Approved:    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**

1